Edward J. Maney
Chapter 13 Trustee
101 N. First Ave., Suite 1775
Phoenix, Arizona 85003
Telephone (602) 277-3776
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under Chapter 13 |
| | Case No. 2:24-bk-06152-PS |
| BENJAMIN P. KRAUSE, | TRUSTEE EVALUATION AND RECOMMENDATION(S) REPORT WITH NOTICE OF POTENTIAL DISMISSAL IF CONDITIONS ARE NOT SATISFIED |
| | RE: MODIFIED CHAPTER 13 PLAN<br>docket #25     filed April 16, 2026 |

Edward J. Maney, Trustee, has analyzed the Debtor's Modified Chapter 13 Plan and supporting documents and submits the following evaluation and recommendation(s):

1.    The Modified Plan proposes the following changes in the confirmed plan:

   a.  A moratorium for months 18, 19 and 20 is included.
   b.  Plan payments resume April 2026 (month 21) at $200 per month.
   c.  Overall plan duration is extended from 36 to 43 months.
   d.  Attorney fees are increased by $1,000.

2.    The Trustee requires copies of Debtor's two most recent consecutive paycheck stubs from each employer for verification of income and deductions.

3.    Pursuant to the Court's Order of January 8, 2025, the Trustee requires a *completed* and *signed* copy of Debtor(s) 2023 State and Federal tax returns, W-2's and 1099's.5

4.    Even considering Debtor's Motion, Plan payments are currently delinquent $200 with a payment of $200 coming due May 28, 2026.

5.      The Trustee requires the debtor provide justification for his request for a 3-month waiver of plan payment(s) and documentation of any unexpected expenses for that he may point to as responsible for his inability to pay.

6.      In cases where Debtor's counsel has agreed to represent Debtor(s) on a flat fee basis, provided the original and modified plan so provide in Section (C)(2)(b), Trustee will not object to a flat fee of $850.00 for a confirmed modified plan.  Fees in excess of $850 for modified plans – as it is in this case -- or where the original plan fails to specify a flat fee for modified plans, must be approved by the Court after filing and noticing a fee application.

DEBTORS / DEBTORS' COUNSEL REMINDER - A letter is to be submitted to the Trustee, accompanying any Order Confirming, addressing all issues as they are listed in the Trustee's Recommendation.  In addition, **all** documents (ex: tax returns, paystubs etc.) submitted to the Trustee must be redacted – in compliance with Fed.R.Bankr.P.9037 -- by debtors and/or their counsel.

In summary, the Modified Plan can be confirmed subject to the condition(s) noted above, adequate funding, and timely filed Stipulated Order Confirming, and Court approval.  ***The Trustee requires that any Stipulated Order Confirming contain the "wet" signatures from the debtors (where applicable), debtors counsel and objecting creditors if there are any***. General unsecured creditors (including secured creditors with unsecured deficiency balances) will be paid through the Trustee an estimated 3% of unsecured, subject to timely filed and allowed claims.  Chapter 7 reconciliation requirement will be met given debtors scheduled equity in non-exempt property at petition date. **You are hereby advised that the Trustee may lodge an Order of Dismissal should Debtor fail to respond to items #2, #3, #4 above and submit a Stipulated Order Confirming to the Trustee for review and signature or request a hearing within 30 days from the date of the mailing of this Trustee's Recommendation.**

Date See Electronic Signature Block

EDWARD J. MANEY,
CHAPTER 13 TRUSTEE

By: _____

Edward J. Maney ABN 12256
CHAPTER 13 TRUSTEE
101 North First Ave., Suite 1775
Phoenix, Arizona 85003
(602) 277-3776
ejm@maney13trustee.com

Copies of the forgoing
Mailed [see electronic signature],
to the following:

Benjamin Krause
16255 N. Fox Hill Dr.
Surprise, AZ 85378
Debtor

Thomas McAvity, Esq.
PHOENIX FRESH START
4131 Main Street
Skokie, IL 60076
Debtor's counsel

By:_____
Trustee's Clerk